AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Jermaine Tyrell Patton, | ) | |
|---|---|---|
| *Petitioner,* | ) | |
| v. | ) | Civil Action No.     1:21-01762-DCC |
| B. Wingfield *Acting Warden*, | ) | |
| *Respondent.* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____ .

■ the petitioner, Jermaine Tyrell Patton, shall take nothing of the respondent, B. Wingfield *Acting Warden*, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, agreeing with the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:  August 2, 2021                                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                        s/L. Baker
                                                                                    _____
                                                                                    *Signature of Clerk or Deputy Clerk*